## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC RUDOLPH,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLPATH, et al.,<br><br>            Defendants. | CIVIL ACTION NO. 3:22-CV-00382<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 17th day of March 2023, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 33) is **DENIED**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**